# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THOMAS STALLINGS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 07-1387-WEB |
| ) | |
| **WERNER ENTERPRISES, INC., and** ) | |
| **STUART J. COHEN,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## ORDER

The court conducted a telephone conference on September 5, 2008 to address defendants' motion (Doc. 47) to stay enforcement of this court's Memorandum and Order [Doc. 45, filed 08/28/08] while defendants seek appellate review. Bradley J. Prochaska appeared for plaintiff and Michael J. McDaniel appeared for defendants. Having considered the parties' arguments, the motion shall be **GRANTED.**

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 5th day of September 2008.

S/Karen M. Humphreys
KAREN M. HUMPHREYS
United States Magistrate Judge